POLSTON, J.

On Motions for Rehearing, Rehearing En Banc, and/or for Certification

Appellees’ motions for rehearing and rehearing en banc are denied. Appellees’ motions for certification are granted to the extent that we certify the following question to be of great public importance:

Has Part I of Chapter 161, Florida Statutes (2005), referred to as the Beach and Shore Preservation Act, been unconstitutionally applied so as to deprive the members of Stop the Beach Renourishment, Inc. of their riparian rights without just compensation for the property taken, so that the exception provided in Florida Admin
*61
istrative Code Rule 18-21.004(3), exempting satisfactory evidence of sufficient upland interest if the activities do not unreasonably infringe on riparian rights, does not apply?

KAHN, C.J. and LEWIS, J., CONCUR.